# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

### CRIMINAL MINUTES – ARRAIGNMENT/ DETENTION HEARING

**Case No.:  7:25cr37**                         **Date:  9/12/2025**

---

**Defendant: Jacob Barnett**                    **Counsel:  Heidi Bohn, FPD**

---

PRESENT:        JUDGE:                Kailani Memmer    TIME IN COURT:  1 hr 59 min
                Deputy Clerk:         K.Saville
                Court Reporter:       K.Saville/FTR
                U. S. Attorney:       Drew Inman
                USPO:                 Dennis Gardner
                Case Agent:           Ryan Kennedy

☒    Defendant(s) waives reading of Indictment or Information .
☒    Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P.)

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|--------|--------|------------|------|---------|
| 1      |        | 1-2        |      |         |

### BOND HEARING

☒    Bond hearing held.
☒    Government does oppose bond.
☒    Bond denied.

☒    TBD by Judge Ballou's CRD.
☒    Defendant(s) remanded to custody.

Additional Information:
10:14
All parties present and represented by counsel.
Defendant sworn.
Government advises defendant of charges, elements, and max penalties.
Presumption case under 3412 e3e.
Government calls Ryan Kennedy, FBI – Sworn.
Govt exhibit 1- admitted- MV1- FB screen shot.
Govt exhibit 2 – IP session history- admitted.
Govt exhibit 3 – Discord account info – admitted
Govt exhibit 4 – Subscriber info from Discord – admitted
Objection- Sustained.
Government exhibit 9- snapshot of discord conversation – admitted
Government exhibit 5 – discord chat 4-25 – 5-27 – objection by defense – admitted.
Government exhibit 6 – June discord chats. – admitted

Government exhibit 7 – July discord chat – objection by defense – admitted.

Government exhibit 8 – July 9 discord chat. – admitted

Government exhibit 10 – copy of text message in 2023. – admitted.

Cross.

Government reads statement from MV1's parent.

Defense calls Christine Barnett, defendants mother- sworn.

Defense proffers.

11:36 Recess

11:41- Back on the record

Rebuttal.

Objection

Court calls USPO Gardner – sworn.

Rebuttable presumption case – defendant has rebutted the presumption with testimony of defendant's mother, and the information relayed to USPO Garnder that the home would be appropriate.

Argument.

3142 G factors - Nature and circumstances- very serious charges as to minors, the totality of the evidence presented today.  Significant sentence defendant is facing if convicted.

Weight of evidence – Based upon the testimony- very strong. Court feels this may just be the surface of this case. Evidence shows a pattern. Been going on since at least 2022.

Defendant was in a position of trust and working with children.

Risk of non-appearance- gov't has not met the burden on this.

As to safety of community – Government has met its burden.

Court grants motion of detention

Defendant will be remanded to custody of USMS.

12:18