THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**United States of America**

**v.**

**Jacob Barnett**

CASE NO.: 7:25cr37

DATE: 9/12/2025

TYPE OF HEARING: DTN/ARR

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PARTIES:

1. C. Kailani Memmer
2. Drew Inman, AUSA
3. Heidi Bohn, FPD
4. Jacob Barnett, def
5. Dennis Gardner, USPO
6. Ryan Kennedy, FBI
7. Christine Barnett, def mother
8. K. Saville, CRD
9. 
10. 

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Recorded by: K. Saville        Time in Court: 1hr 59 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 10:14 | 1,8,1,8,4,1,4,1,3 | 10:42 | 1,3,2,6 | 11:33 | 1,2,1,3,1 | 12:18 | 1,2,1,3 | | |
| 10:17 | 1,2 | 10:48 | 3,1,2,6 | 11:36 | recess | | | | |
| 10:20 | 1,4 | 10:51 | 1,3,2,6 | 11:41 | 1,2,6,3,2,6 | | | | |
| 10:22 | 1,3,1,4 | 10:54 | 1,3,1,2,6 | 11:44 | 1,3,2 | | | | |
| 10:22 | 1,3 | 10:57 | 1,3,1,2,6 | 11:44 | 1,8,5,1,5 | | | | |
| 10:23 | 1,2,8,6 | 11:00 | 2,6,1,3,2,6 | 11:46 | 1,2,1,3,5 | | | | |
| 10:23 | 2,1,6 | 11:12 | 1,3,1,2,6 | 11:48 | 1,2,5 | | | | |
| 10:31 | 1,3,2 | 11:21 | 3,2,1,2,6 | 11:49 | 1,2,1,3 | | | | |
| 10:33 | 2,6,1,6,2,6 | 11:22 | 2,1,3,6 | 11:52 | 1,2 | | | | |
| 10:36 | 1,3,2 | 11:26 | 1,2 | 11:59 | 1,3 | | | | |
| 10:37 | 2,6,1,6,2,1 | 11:27 | 1,2 | 12:04 | 1,2 | | | | |
| 10:38 | 1,2,6 | 11:29 | 1,3,8,7,3,7 | 12:05 | 1 | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **10:40** | **1,3,2,6** | | | | | | | | |
| | | | | | | | | | |