God's Creation for Mans Flourishing (Gen. 1 & 2)

Gen. 1:1 - 0 : First introduction to God

"In the beginning, God"... this show that God was before anything ever existed. He is uncreated; He is eternal, He has the power and might to create "ex nihlo", from nothing.

"created the heavens and the earth."

Gen. 1:2 - 2:3 : From Formless to Flourishing

- 1:2 " The earth was formless and void" the state of this new world was ~~empty (formless)~~ without order (formless) and empty (void) and there was darkness over everything.

" The Spirit of God was hovering over the face of the waters" Moses was building to something is about to happen to this formless and void, dark, water covered place.

1:3-31 "And God said,..." God creates by speaking, showing His mighty power to create from nothing. God is not an manufacturer but Creator. He speakes and whatever He speaks of & comes into existence.

Day 1: Light and Darkness (1ˢᵗ Location)(Day & Night)
Day 2: Sky (Location) 1:6-8
Day 3: Earth and Sea (Location) 1:9-13
Day 4: Sun, Moon, and Stars (Inhabitants) 1:14-19
Day 5: Fish and Birds (Inhabitants)1:20-23
Day 6. Land Animals and Man (Inhabitants)1:24-31
    v. 26 "Let us make man in our image".
        - God's representative on Earth (dominion) v.26  v.28
        - Relationship (unity) v.27
        - Set apart from other animals (reason, morality, language, a capacity for relationship governed by love and commitment, and creativity in all forms of art)
    Day 7: Gods Rests (Gen 2:1-3)
        - God did not need rest but is "working" for six day He set the model for His creation.
            (Ex. 20:8-11)

Gen 2:4-24  From the Forest to the Tree

Gen 2 is a close up picture of the creation of man.

v.7 "God formed man from the dust"... Man was made in the image of God, formed from the dust by God, and brought to life by the breath of God.

v.8-9 "God makes a paradise for man to dwell in"

v. 15 "God places man in the garden of Eden" to "work and keep it" (Work is good!)

v.16 "God gives man this ~~commandity~~ commande to not eat from the "Tree of the Knowledge of Good and Evil."

- Giving this command to Adam (man) shows he is elevated to a leadership role and is responsible for creation.

v.17- " you shall surly die"

-What kind of death? Physical? Spiritual? or some combination?

V. 18-25 " It is not good that man should be alone"

- The only time we see a something being "not good" (jarring contrast to 1:31)

- God brings every animal before Adam to name (dominion) and among all the animals no "helper" was found.

- God creates the perfect "helper" for Adam in creating Eve from His rib. If man is the crown of God's creation... woman is the jewel set in that crown.

- God's installation of marriage is pivotal to creation. Next to the relationship between God and Man... marriage (between a man and woman) is the oldest installation we have. Marriage is a part of creation order.

<u>The Fall (Gen 3) Through One Man...</u>

The Rebellion: Gen. 3:1-7

   v. 1 - The serpent: We are introduced to a cunning / crafty beast of the field with no more details given

      · Cunning and crafty in and of themselves are not "evil" in th Hebrew they are not viewed as negative.

      · The end of verse 1 we see the intentions of this serpent. He wants to get a question mark where God

      has put a period. "Did God actually say...

      · The "You" in verses 1-5 is plural

  v. 2 - Eve answers th serpent and we don't know where the added on command comes from. Could be that

     already the word of God was under human interpretation or Adam and Eve put an extra layer to

     the command. What is interesting is Eve does not name the tree of knowledge of God and Evil.

  v. 4-5 - "You will be like God".

     - th serpent answers Eve with something she should have already know. Making the promise

     that Adam and Eve would be "Like God" is just stating something that is already a truth. (Gen 1:27)

     - Adam and Eve weren't "just" like God, they where the image dei" the image of God.

  v. 6-7 "So the woman saw that the tree was"...

       - good for food (sustinance)

       - delight to the eyes (pleasure) —— All of these Adam and Eve already had

       - to be desired to make one wise (stature)    - They had every other tree in the garden to eat

      ✳ - shame enters creation and man's first attempt to.  - They had the pleasure of one another and even more

       cover his own sin.

   8 - 13 "Where are you?"          so the pleasure of a perfect relationship with their Creator

      - The "you" in v. 9-11 are singula showing God holds. - They had stature, the whole of creation was place

       Adam primarily responsible.         under them. They were the only creature created in

     - 9-11 God questions Adam (Adams Sin)      the image of God

     - v. 12-13 (man trys to cover his sin and the he

       blames his sin on God and his wife... Eve blames the serpent     Why Adam is held responsible for the fall of man kind

v. 14-19 The Curse of Sin

    v. 14-15 The Serpent

       - goes from being cunning/crafty to being cursed

       - on your belly you shall go... dust you shall eat (1st Peter)

       - enmity between the serpents seed and Eve's Seed

       - "Protoevangelium" the first mention of the gospel. God will send One who will come from the offspring of Eve to defeat the serpent. The serpent will bruise His heel (crucifixion) but He will crush the serpents head (resurrection)

    v. 16 The Woman

       - pain in child bearing (Gen. 3:20)

       - "desire shall be contrary to your husband" - Creation order has placed man over woman as the head of the family. Even after the Fall this order is still in place but the perfect relationship between man and wife is broken

    v. 17-19 To Adam

       - the ground is cursed to Adam, his work will be laborus and hard, his yoke will be heavey. he will eat only of he works to eat, until he dies and returns to the ground.

         Matthew 11.28-30

v. 20-21 God's Grace and Mercy

    - We see God step in to cover Adam and Eve. The first animal sacrifice is done to cover the shame of man.

v. 22-24 Man removed from Paradise

    - v. 22 God starts a sentence that He does no finish. The thought of man living forever in a fallen state is so offensive to God He does not finish the sentence instead He acts.

      v. 23 God shows wisdom, mercy, grace and love in removing Man from the Garden of Eden Even in punishment God still shows His creation mercy

The Character of God
- God has chosen to reveal Himself through His Actions, Names, Images, and His Attributes.
Action: creating, judging, redeeming
Names: "LORD" (Hb. YHWH), "God Almighty", Master, Lord
Images: Father, Rock, Husband, Shepherd

Attributes (Incommunicable)
Independence: Acts 17:24-25 (God does not need us or the rest of creation for anything, yet we and the rest of creation can glorify Him and bring Him joy)
    Implication: God never experiences need, so serving God should never be motivated by the thought that He needs us. He is provider in everything.
Immutability: Mal. 3:6 (God is unchanging in His being, perfections, purposes, and promises, although as He acts in response to different situations He feels emotions.
    Implication: God can always be trusted because He always keeps His word, and is never capricious or moody.
Eternity: Ps. 90:2 and Gen. 1:1a (God has no beginning or end and is in no way bound by time, although He sees events and acts in His world in time, which is in fact one dimension of the created order)
    Implication: Those who trust the God of eternity can know peace, rest, and comfort in the busyness of life and in spite of impending death, for God keeps them in safety and joy forever.
Omnipresence: Jer. 23:23-24 (God does not have spatial dimensions and is present everywhere with His whole being, though he acts differently in different situations.)
    Implication: God can be sought anywhere regardless of place. Believers should never feel lonely, and the wicked should never feel safe.

Communicable Attributes

Holiness: Rev. 4:8 (God should be feared and obeyed, and His people should earnestly pursue moral purity.)

Implication: God is absolutely and uniquely excellent above all creation (majesty) and without sin (purity.)

Omnipotence: Isa. 46:9-10 (God is able to do all His holy will.)

Implication: God's ultimate will is never frustrated by evil, so there is peace and confidence in the face of suffering for those who trust God.

Sovereignty: Dan. 4:34-35 (God has absolute rule over creation as King and total control and determination over all that happens.)

Implication: Mankind should obey and submit to God as humble subjects of His kingdom

Omniscience: 1st Jn. 3:20 (God fully knows himself and all things actual and possible – past, present, and future.)

Implication: All God's thoughts and actions are perfectly informed by perfect knowledge, so He is perfectly trustworthy.

Wisdom: Dan. 2:20 (God always knows and chooses the best goals and the best means to those goals. Wisdom is a moral as well as an intellectual quality.)

Implication: God's wisdom is not always clear to us, but it is great, deep, valuable, and should be highly desired and sought, and we should not doubt its reality even in circumstances that upset us.

Love: 1st Jn. 4:3-10 (God freely and eternally gives of Himself. The ultimate historical demonstration of God's love is seen in the cross of Christ.)

Implication: God is eager to extravagantly give of Himself to meet the needs of lost sinners, so they should flee to Him with confidence. (Romans 8:32)

Wrath: Rev. 6:15-16 (God intensely hates and responds with anger to all sin and rebellion. God hates every threat to what He loves.

Implication: God should be greatly feared. Unbelievers should fear His judgment and turn to Christ for salvation. Believers should fear God's fatherly discipline. The God who loves us is also the holy God who hates sin. (1st Pet. 1:17)